Case No. 2023-01694-JMY
Joshua D. Fretz [signature]

**RECEIVED**
JUN - 9 2023
BY: _____

# CARBON COUNTY CORRECTIONAL FACILITY : INMATE REQUEST FORM

TO: Warden

FROM INMATE: Joshua Fretz

DATE: 1/23/23

UNIT: Max

**I RESPECTFULLY REQUEST:** I would like an explanation why I can't have my vegetarian diet. I have been a vegetarian for 20 years.

**Inmate Request Reply** – Inmate Fretz, I will check in to your allegations. I will check with our Medical Provider to see if there is a legitimate reason for you to be on a vegetarian diet. If there is not you eat what the rest of the inmate population eats.

X [signature]
Warden James Youngkin

[signature: Joshua Fretz]

1 of 13

*[handwritten scribbles across top]* 2 of 13

Lt. ~~Gestes~~ Gessct

CCCF-001

**CARBON COUNTY CORRECTIONAL FACILITY**
**INMATE GRIEVANCE FORM**

Case No: 2823-CV-1694-JPW

**For Official Use Only**
Grievance #: 23-0014
Date Received: 2/13/23

Inmate's Name: Joshua Freks
Date: 2/13/23
CCCF ID: 23-0057
Housing Unit: MAX

Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one CCCF-001 form and one 8 ½" x 11" page).

The full explanation why I can't have a vegetarian diet? I stated religious beliefs but your jail tells me Catholics can't be vegetarians. I don't eat meat, it's really that simple. (1RA) It states in the Holy Bible that my religion does not eat meat on Fridays, so please look it up, the jail has plenty of Bibles for you to do some research or google it. Mary Thule.

Have informal resolution procedures been exhausted? Yes ☒  No x
Name and Title: Warden    Date:
What was their response? Only if its for medical reasons

Name and Title: Lt Rinby    Date:
Stated to me in person that Catholics don't practice a vegetarian lifestyle
Sergeant Name:    Date:

Why has informal resolution not been successful and what specific relief are you seeking? My vegetarian tray!

**NOTE: A FALSE STATEMENT MAY RESULT IN DISCIPLINARY ACTION**

Inmate's Signature: *[signed]*    Date:

1

Please Read Back

I've been sporadically incarcerated 7 times over 20 years. Each time I came to this jail I've stated this statement during Intake. ~~Or they~~ ~~register~~ Place do the research

Case No: 2823-cv-1694-JNP

Inmate's Name: JOSHUA FRETS                    CCCF #: 23-0057

Grievance #: 23-0018

**Grievance Response:**

I have read your grievance and I will offer you my thoughts. As there has been some instances in regards to special diets, it is required that your clergy representative to physically come into the facility with the appropriate credentials and request this <u>IN WRITING</u> that it is deemed religiously necessary that your diet is to be changed to a vegetarian diet with reason as well. This is the procedure to start with.

If you are not satisfied with my response, you may appeal my response to the Lieutenants/Assistant Deputy Wardens.

Signature and Title: Sgt. Flexer                    Date: 17FEB2023

Date Returned to Inmate: 17FEB2023

4/27 - ADW Kimbey request
4/27 - Sgt Flexen request

# MEMORANDUM

TO:     All Supervisors

FROM:   Warden Youngkin

DATE:   Monday, March 6, 2023

RE:     Ramadan

---

Ramadan is the ninth month of the Islamic calendar, observed by Muslims worldwide as a month of fasting (sawm), prayer, reflection and community.

Ramadan is to run from Wednesday 3/22/2023 at 1700 hours (5:00pm) and it ends on evening of 4/21/2023.

Those inmates of the Muslim faith must inform us of their desire to observe Ramadan by 3/15/2023 so arrangements can be made with the institution's kitchen.

You must have identified as being of the Muslims when booked to be considered.

*May copy*
*5 of 13*

Case No. 2:23-cv-01694-JMY

6 of 13

# CARBON COUNTY CORRECTIONAL FACILITY : INMATE REQUEST FORM

**TO:** Warden Younglin

**FROM INMATE:** Joshua Frets

**DATE:** 03-08-23

**UNIT:** MAK-10

**I RESPECTFULLY REQUEST:** Is there a reason why I have to have a clergy member come to this institution to prove I am a vegetarian for religious reasons or to receive a special diet (non-meat) yet in your Memorandum

—over

**Inmate Request Reply –** Inmate Frets the onus or responsibility to prove you are on a vegetarian diet is on you. I am not approving any special diet without proof. When I say proof, I will need more than your say so. Are you on a vegetarian diet for medical reasons? If so we can contact your doctor? You will be required to sign a release of information if that is the case. If you're on a vegetarian diet because you don't like jail food or meat, well then you are out of luck. I have no idea where the Clergymen requirement came from unless you are claiming you don't eat meat for religious reasons. If that is the case then please have your Clergymen reach out to me and verify that your religion prohibits the consuming of meat. When booked you told staff you were a Catholic. I m not aware of any form of the Catholic religion where you can't eat meat except during Lent and on Good Friday. Like I said above, the responsibility to validate your vegetarian diet is on you.

X_____
Warden James Younqkin

Warden Apel

Case No
23-CV-0{1}944-JWP

If a Muslim's States during intake they are Muslim your Institution will consider the ten recieve arrangements from your Institution's Kitchen. Why do I need a clergy mentor yet you take there word at face value yet i stated my reason's for a non-meat vegetain @ diet I have to go thurg your step. Please provel me more Insite

Many Thanks
Mr John F.O/s

7 of 13

Joshua M Fretz

**CARBON COUNTY CORRECTIONAL FACILITY**
331 BROAD STREET
NESQUEHONING, PA 18240-1801



US POSTAGE $000.60
ZIP 18229
0000382466

Clerk of Courts of the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

CARBON COUNTY CORRECTIONAL FACILITY
331 BROAD ST.
NESQUEHONING, PA 18240-1801