Joshua N. Frets
        V.
Carbon County Correctional
Facility, et al

Civil Action
Number -1·23-cv-0980

page 1

FILED
HARRISBURG, PA

JUL 25 2023

PER _____
          DEPUTY CLERK

Affidavit Motion

AND Now, the 19th day of July 2023 the litigant Joshua N. Frets would like to aver the following Statements

1- Frets, Submitted Form DC-135A "Inmate Request to Staff Member" on July 11, 2023. Requesting a face to face Sit down conversation with I-A Unit Canselor MR. Cook as per Pennsylvania Department of Corrections Inmate Handbook Section (II) Daily Operations pact (C) Request Slips. Frets waited the alloted Five (5) working days to wait for a response. To date. Frets has yet to speak with MR. Cook (unit canselor) To go over the Fifteen (15) Day Administration Order (Document 13).

2- Frets, Submitted Form DC-135A "Inmate Request to Speak to Staff" for the Second time Requesting the Same sit down conversation with Unit I-A canselor MR. Cook. To date Frets has yet to speak to anybody about the Fifteen Day (15) Administration Order (Document 13). Frets, Filed DC-135A on July 17, 2022

3 Frets will file a grievence of the steps taken and failuer of SCI Smithfeld to comply with said Fifteen Day (15) Administration Order (Document 13) on July 24, 2023